# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| DARREN R. GENTILQUORE, | : | No. 64 MAP 2017 |
| | : | |
| Appellant | : | Appeal from the order of the |
| | : | Commonwealth Court at 495 MD 2016, |
| v. | : | dated July 28, 2017. |
| | : | |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS, | : | |
| | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of December, 2017, the Notice of Appeal is quashed.